IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JASON STALTER,

    Petitioner,

v.                                                                   Case No. 1:23-cv-00404-JCH-LF

VISTULA CURRY and
CHARLENE HAGERMAN,

    Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition

("PFRD") on May 21, 2026, regarding plaintiff Jason Stalter's Petition Under 28 U.S.C. § 2254.

Doc. 15.  The PFRD notified the parties of their ability to file objections within fourteen (14)

days and that failure to do so waived appellate review.  *Id*. at 4.  To date, the parties have not

filed any objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 15) are ADOPTED;

2.    Mr. Stalter's Petition Under 28 U.S.C. § 2254 (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

_____
SENIOR UNITED STATES DISTRICT JUDGE